James D. Emerson, No. 042031

LAW OFFICES OF
**EMERSON, COREY & BARSOTTI**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA  93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Defendant, DNC PARKS & RESORTS AT YOSEMITE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA C. BAZZELL and ROGER BAZZELL,<br><br>           Plaintiffs,<br>vs.<br><br>DNC PARKS & RESORTS AT YOSEMITE, INC.; and DOES 1 THROUGH 10 INCLUSIVE,<br><br>           Defendants. | Consolidated Case No.: 1:05-CV-00394-AWI-LJO<br><br>[Consolidated with Case No. 1:05-CV-00847-REC-DLB] |
| NANCY WALLAT and SCOTT WALLAT,<br><br>           Plaintiffs,<br>vs.<br><br>DNC PARKS & RESORTS AT YOSEMITE, INC.; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>           Defendants. | **STIPULATION OF PARTIES TO AMEND SETTLEMENT CONFERENCE, EXPERT DISCLOSURE AND DISCOVERY CUTOFF DATES IN CURRENT SCHEDULING CONFERENCE ORDERS** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the following changes be made to the current Scheduling Conference Orders:

///

| | |
|---|---|
| Expert Disclosure | March 10, 2006 |
| Supplemental Expert Disclosure | March 24, 2006 |
| Non-Expert Discovery Cutoff | March 3, 2006 |
| Expert Discovery Cutoff | April 21, 2006 |
| Settlement Conference in *Bazzell* | Date:  January 9, 2006 |
| | Time:  9:00 a.m. |
| | Dept:  6 (LJO) |
| Settlement Conference in *Wallat* | Date:  January 13, 2006 |
| | Time:  9:00 a.m. |
| | Dept:  6 (LJO) |

All other dates remain the same.

DATED:  November 10, 2005.

        EMERSON, COREY & BARSOTTI

        By /s/ James D. Emerson
         James D. Emerson
         Attorneys for Defendant,
         DNC PARKS & RESORTS AT YOSEMITE

DATED:  October 27, 2005

        MILES, SEARS & EANNI

        By  /s/  Richard C. Watters
         Richard C. Watters
         Attorneys for Plaintiffs,
         PAMELA C. BAZZELL and
         ROGER BAZZELL

DATED:  November 7, 2005

BARADAT & EDWARDS


By   /s/ Daniel R. Baradat
    Daniel R. Baradat
    Attorneys for Plaintiffs,
    NANCY WALLAT and
    SCOTT WALLAT

## ORDER

On filing of the Stipulation of the parties hereto by their respective attorneys, to amend the Settlement Conference, expert disclosure and discovery cutoff dates in the current Scheduling Conference Orders, and good cause appearing thereof,

IT IS ORDERED that the following changes be made to the current Scheduling Conference Orders:

| | |
|---|---|
| Expert Disclosure | March 10, 2006 |
| Supplemental Expert Disclosure | March 24, 2006 |
| Non-Expert Discovery Cutoff | March 3, 2006 |
| Expert Discovery Cutoff | April 21, 2006 |
| Settlement Conference in *Bazzell* | Date:  January 9, 2006 |
| | Time:  9:00 a.m. |
| | Dept:  6 (LJO) |
| Settlement Conference in *Wallat* | Date:  **January 12, 2006** |
| | **NEW DATE** |
| | Time:  9:00 a.m. |
| | Dept:  6 (LJO) |

All other dates remain the same.

IT IS SO ORDERED.

**Dated:   November 10, 2005**          /s/ Lawrence J. O'Neill
66h44d                    UNITED STATES MAGISTRATE JUDGE