IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY WALLAT and SCOTT WALLAT,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>DNC PARKS & RESORTS AT YOSEMITE, INC.; and Does 1 through 10, inclusive,<br><br>　　　　　Defendant.<br>_____<br><br>AND CONSOLIDATE MATTERS<br>_____ | CV F 05-0394 AWI LJO<br><br>ORDER MOVING PRETRIAL CONFERENCE TO JUNE 28, 2006 |

　　　The pretrial conference in this matter is set for June 7, 2006.  The court has reviewed the parties' joint pretrial conference statement, which was filed on May 31, 2006.  The parties state that they intend to have a mediation in this matter on June 21, 2006.[1]  The court has determined that it would be an efficient use of judicial resources and the parties' counsel's time to not hold the pretrial conference until after the mediation is completed.  Therefore, IT IS HEREBY ORDERED that the previously set pretrial conference date of June 7, 2006, is VACATED, and the pretrial conference is set for June 28, 2006, at 8:30 a.m. in Courtroom 2.  The parties are DIRECTED to contact the court if a settlement is reached prior to June 28, 2006.

IT IS SO ORDERED.

Dated:　　June 8, 2006　　　　　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The parties also state that a settlement conference would be beneficial.  If the parties desire a judicial settlement conference, they should contact the Honorable Lawrence J. O'Neill, who is the Magistrate Judge assigned to this action, to schedule a settlement conference.