IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY WALLAT, et al., | CASE NO. CV F 05-0394 AWI LJO |
| Plaintiffs, | **ORDER TO SET SCHEDULING CONFERENCE** |
| vs. | Date:  January 31, 2007 |
| DNC PARKS & RESORTS AT YOSEMITE, INC. | Time:  8:30 a.m.<br>Dept.:  8 (LJO) |
| Defendant. | |

This Court conducted a December 5, 2006 status conference. Plaintiffs Nancy Wallat and Scott Wallat appeared by Daniel Baradat, Baradat & Edwards. Defendant DNC Parks & Resorts at Yosemite Inc. appeared by counsel James D. Emerson and Carol Corey, Emerson, Corey & Barsotti. Counsel explained the status of remaining discovery and related issues and agreed to set a conference to set deadlines for further discovery and a pretrial conference and trial. On the basis to good cause, this Court SETS a scheduling conference for January 31, 2007 at 8:30 a.m. in Department 8 (LJO). Counsel are encouraged to appear at the conference by telephone by arranging a one-line conference call and adding the Court at 499-5680. At the conference, the Court is expect to set dates to complete remaining discovery and a pretrial conference and trial.

IT IS SO ORDERED.

**Dated:   December 5, 2006**              /s/ Lawrence J. O'Neill
66h44d                                                      UNITED STATES MAGISTRATE JUDGE