# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY WALLAT, et al., | CASE NO. CV F 05-0394 AWI LJO |
| Plaintiffs, | **ORDER TO SET SCHEDULING CONFERENCE** |
| vs. | |
| DNC PARKS & RESORTS AT YOSEMITE, INC. | Date:  March 29, 2007<br>Time:  8:30 a.m.<br>Dept.:  8 (LJO) |
| Defendant. / | |

This Court conducted a January 31, 2007 status conference. Plaintiffs Nancy Wallat and Scott Wallat appeared by telephone by David Edwards, Baradat & Edwards. Defendant DNC Parks & Resorts at Yosemite Inc. appeared by counsel James D. Emerson, Emerson, Corey & Barsotti. Counsel explained that issues remain as to the extent of Ms. Wallat's medical treatment, ability to work, alleged damages, and reopening discovery.

On the basis to good cause, this Court:

1. ORDERS the parties, no later than March 22, 2007, to file a joint scheduling report to propose dates to complete remaining discovery and to set a settlement conference (if jointly requested), pretrial conference and trial; and

2. SETS a scheduling conference for March 29, 2007 at 8:30 a.m. in Department 8 (LJO). Counsel are encouraged to appear at the conference by telephone by arranging a one-line conference call and adding the Court at 499-5680.

IT IS SO ORDERED.

**Dated:    January 31, 2007**                    /s/ Lawrence J. O'Neill

1

| | |
|---|---|
| 1  66h44d | UNITED STATES MAGISTRATE JUDGE |