1

2                        IN THE UNITED STATES DISTRICT COURT

3                       FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7    PAMELA C. BAZZELL, et al.,

8              Plaintiffs,                        CV F 05 0394 AWI WMW

9        vs.                                      FURTHER SCHEDULING ORDER

10

11   DNC PARKS & RESORTS
      AT YOSEMITE, INC., et al.,
12
               Defendants.
13

14

15        On June 28, 2005, a scheduling order was entered in this case, setting forth the schedule

16   for litigation in this action.  On June 28, 2005, a scheduling order was entered, setting forth a

17   schedule for litigation in this action.   As the parties are aware, this matter concerns two

     consolidated cases:  Bazzell et al., v. DNC Parks & Resorts at Yosemite, 1:05-CV-00394 AWI
18
     WMW, and Wallat, et al., v. DNC Parks & Resorts at Yosemite, 1:05-CV-00847 REC DLB.
19
     Pursuant to a stipulation of the parites, these cases were consolidated by an order entered in
20
     Bazzell  on  October 19, 2005.   Under that the stipulation, the two actions were to "be
21
     consolidated into one action for all purposes, including trial, and that all pleading be filed Under
22
     "Consolidated Action Number 1:05-CV-00394-AWI-LJO," and that a copy of such such be filed
23
     Action No.:1:05-CV-00847-REC-DLB, but that no further papers or documents or copies
24
     thereof, need be filed in that action." [Sic.]  The Order of October 19, 2005, provides that the
25
     title and caption to be used for this consolidated action is Bazzell, 1:05-CV-00394-AWI LJO."
26
                                                  1

1  Despite the parties' stipulation and the court's subsequent order, both the parties and the court

2  have mistakenly continued to file matters in Wallat, 1: 05-CV-00847.

3  Because this has become the established practice the parties may continue to file matters

4  in  Wallat, 1: 05-CV-00847.  However, the court wishes to emphasize that Wallat was actually

5  consolidated with Bazzell, and now proceeds before the two judges assigned to Bazzell, District

6  Judge Anthony W. Ishii and Magistrate Judge William M. Wunderlich.

7  On April 19, 2007, a further scheduling conference was held.  The further schedule for

8  litigation in this case follows.

9  Non-expert discovery cutoff is November 6, 2007.

10  Expert discovery cutoff is December 6, 2007.

11  Expert Witness disclosure is November 6, 2007.

12  Pretrial motions deadline is December 3, 2007.

13  Supplemental expert witness disclosure deadline is December 3, 2007.

14  Pretrial conference is January 11, 2008, at 8:30 a.m. before Judge Ishii.

15  Jury trial is February 19, 2008, at 9:00 a.m.

16

17

18

19  IT IS SO ORDERED.

20  **Dated:   May 2, 2007**                         **/s/  William M. Wunderlich**
                                                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

2