1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA C. BAZZELL, et al., )<br><br>                    )<br>                    )<br>         Plaintiffs,    )<br>                    )<br>    v.                )<br>                    )<br>DNC PARKS & RESORTS    )<br>AT YOSEMITE, INC., et al.,  )<br>                    )<br>                    )<br>                    )<br>         Defendants.   )<br>_____) | 1:05-CV-00394 AWI GSA<br><br>ORDER TO EXTEND EXPERT AND NON-EXPERT DISCOVERY CUTOFF DATES<br><br>(Document 39) |

Upon Stipulation of the parties hereto by their respective attorneys, which was filed on October 12, 2007, the non-expert discovery cutoff date is extended from November 6, 2007, to December 21, 2007; and the expert discovery cutoff date is extended from December 6, 2007, to December 21, 2007.

IT IS SO ORDERED.

**Dated:    October 23, 2007                    /s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE

1