# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAMELA C. BAZZELL, et al., | ) | 1:05-CV-00394 AWI GSA |
| | ) | |
| Plaintiffs, | ) | ORDER TO EXTEND DEADLINES FOR MOTIONS IN LIMINE, EXPERT DISCOVERY AND SUPPLEMENTAL EXPERT DISCLOSURE AND TO RESET PRE-TRIAL CONFERENCE |
| v. | ) | |
| DNC PARKS & RESORTS AT YOSEMITE, INC., et al., | ) | (Document 46) |
| Defendants. | ) | |

On November 29, 2007, the parties to this action filed a stipulation to extend the deadlines for supplemental expert disclosure, motions in limine and expert discovery.  On December 6, 2007, the Court held a further telephonic scheduling conference to discuss the dates set forth in the stipulation and the dates currently set for the pre-trial conference and trial in this matter. Daniel Baradat appeared telephonically on behalf of Plaintiffs.  James Emerson appeared telephonically on behalf of Defendants.

Pursuant to the Further Telephonic Scheduling Conference, the deadline for Supplemental Expert Disclosure is extended to December 10, 2007, the deadline for Motions in Limine is extended to January 17, 2008, and the cutoff date for Expert Discovery is extended to January 17,

2008.  Based on the extended dates, the Pre-Trial Conference is continued to January 18, 2008, at 8:30 a.m. in Courtroom 2 before the Honorable Anthony W. Ishii.

IT IS SO ORDERED.

**Dated:     December 7, 2007**                             /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE