James D. Emerson, No. 042031
Carol S. Corey, No. 131166

LAW OFFICES OF
**EMERSON, COREY & SORENSEN**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Defendant, DNC PARKS & RESORTS AT YOSEMITE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA C. BAZZELL and ROGER BAZZELL,<br><br>Plaintiffs,<br>vs.<br><br>DNC PARKS & RESORTS AT YOSEMITE, INC.; and DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants.<br>_____<br>**NANCY WALLAT and SCOTT WALLAT,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**DNC PARKS & RESORTS AT YOSEMITE, INC.; and Does 1 through 10, inclusive,**<br><br>**Defendants.** | **Cons Case No.: 1:05-CV-00394-AWI-GSA**<br><br>[Cons w/ Case No. 1:05-CV-00847-REC-DLB]<br><br>*AMENDED* **ORDER TO EXTEND CUTOFF DATES FOR MOTIONS IN LIMINE, EXPERT DISCOVERY, AND SUPPLEMENTAL EXPERT DISCLOSURE, AND RESETTING PRE-TRIAL CONFERENCE** |

Pursuant to the Further Telephonic Scheduling Conference on December 6, 2007,

WHEREAS, Defendants have admitted liability in this case. The issues to be tried are causation and damages only.

WHEREAS, the parties agree that the following stipulated dates are adequate to have the case prepared for trial: The Supplemental Expert Disclosure cutoff date is extended to December 10,

WALLAT V. DNC PARKS & RESORTS AT YOSEMITE, INC.
Order to Extend Cutoff Dates for Motions in Limine, Expert Discovery and Supplemental Expert Disclosure, and Resetting Pre-Trial Conference

PDF created with pdfFactory trial version www.pdffactory.com

2007; the Motions in Limine cutoff date is extended to January 17, 2008; the Expert Discovery cutoff date is extended to January 17, 2008; and the Pre-Trial Conference is continued to January 18, 2008, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  December 11, 2007                    /s/Gary   S.   Austin
                                             UNITED STATES MAGISTRATE JUDGE

Order to Extend Cutoff Dates for Motions in Limine, Expert Discovery and Suppl Expert Disclosure  Page 2

PDF created with pdfFactory trial version www.pdffactory.com