IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY WALLAT and SCOTT WALLAT,<br><br>        Plaintiffs,<br>    v.<br><br>DNC PARKS & RESORTS AT YOSEMITE, INC.; and Does 1 through 10, inclusive,<br><br>        Defendant. | 1:05-CV-0394 AWI GAS<br><br>(Consolidated With: 1:05-CV-0847)<br><br>ORDER CHANGING ACTION'S NAME |

    In this action, two cases were consolidated. The low numbered case was entitled: Pamela C. Bazzell and Robert Bazzell v. DNC Parks & Resorts at Yosemite, Inc., 1:05-CV-0394. The higher numbered case was entitled: Nancy Wallat and Scott Wallat v. DNC Parks & Resorts at Yosemite, Inc., 1:05-CV-0847. Pursuant to Local Rules, once these cases were consolidated all filings were made in the lower numbered case and this consolidated action took on the case name of the lower numbered case. However, Plaintiffs Pamela C. Bazzell and Robert Bazzell have settled their action with Defendants and are no longer part of this action. At this time, only the claims between Plaintiffs Nancy Wallat and Scott Wallat and Defendants remain in this action. For the convenience of the parties and to avoid any confusion during the upcoming trial, the court finds that this case should be re-named to reflect the current Plaintiffs' names.

Accordingly, the named designation of this action is RE-NAMED to: **Nancy Wallat and Scott Wallat v. DNC Parks & Resorts at Yosemite, Inc.; and Does 1 through 10, inclusive, 1:05-CV-0394 AWI GSA.**   All parties are DIRECTED to file further documents with this case name and number.

IT IS SO ORDERED.

**Dated:   January 28, 2008**             /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE

daw                                    2